IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRY SHAW, personally and as Administrator of the ESTATE OF WINSTON STROUD, DECEASED,<br><br>PLAINTIFF,<br><br>v.<br><br>COOSA COUNTY COMMISSION, *et al.,*<br><br>DEFENDANTS. | (WO)<br><br>CIVIL ACTION NO. 2:03-cv-1034-F |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendants William Evans and the Coosa County Commission and against Plaintiff, Sherry Shaw, personally and as Administrator of the Estate of Winston Stroud, deceased, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED against Plaintiff, Sherry Shaw, personally and as Administrator of the Estate of Winston Stroud, deceased, for which execution may issue.

(3) All claims in this lawsuit having been disposed of, the Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 26th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE